UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------x
BYRON BREEZE, JR.,
*on behalf of himself and all others*
*similarly situated,*

     Plaintiff,

  v.

GLOBAL SERVICED APARTMENTS LLC
d/b/a Global Luxury Suites,
*a New York limited liability company,*

     Defendant.
-----------------------------------------------------x

CASE NO.: 2:20-cv-06890-BRM-JAD

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, BYRON BREEZE, JR. by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice as to defendant GLOBAL SERVICED APARTMENTS LLC d/b/a Global Luxury Suites.

DATED: Garden City, New York
   August 7, 2020

BASHIAN & PAPANTONIOU, P.C.

By:  /s/ Erik M. Bashian
   _____
   Erik M. Bashian, Esq.
   *Attorneys for Plaintiff*
   500 Old Country Road, Suite 302
   Garden City, NY 11530
   Email: eb@bashpaplaw.com

**SO ORDERED:**

_____
HON. BRIAN R. MARTINOTTI